### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD ROE W.M., et al., | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 21-2655 |
| | : | |
| THE DEVEREAUX FOUNDATION, et al., | : | |
|     Defendants. | : | |

### ORDER

**AND NOW,** this 20th day of April 2022, it is **ORDERED** that Devereaux's Motion to Dismiss Plaintiff's Class Action Allegations and Requests for Individual and Class-Wide Injunctive Relief (ECF No. 33) is **DISMISSED** as moot because Plaintiffs filed an Amended Complaint on April 19, 2022 (ECF No. 42).

                                                           ___s/ANITA B. BRODY, J.____
                                                           ANITA B. BRODY, J.