## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD ROE W.M. (a minor by and through his parent), RICHARD ROE A.W. (a minor by and through his parent), and RICHARD ROE T.S. (a minor by and through his parent) on behalf of themselves and all others similarly situated, | : : : : : : | CLASS ACTION<br><br>No. 2:21-cv-02655<br><br>Judge Anita B. Brody |
| Plaintiffs, | : : | Electronically Filed |
| v. | : : | |
| THE DEVEREUX FOUNDATION (d/b/a DEVEREUX ADVANCED BEHAVIORAL HEALTH) and QUALITYHEALTH STAFFING, LLC | : : : : : : | |
| Defendants. | : | |

### STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE

1.      On April 19, 2022, Plaintiffs filed an Amended Complaint (Dkt. 42).

2.      The current deadline for Defendants to respond to the Amended Complaint is May 3, 2022 pursuant to Local Rule of Civil Procedure 15(a)(3).

3.      The parties have met and conferred regarding the Amended Complaint, and have agreed to extend the deadline for Defendants to answer, plead, or otherwise respond to the Amended Complaint up to and until May 17, 2022.

4.      If Defendants submit a Motion to Dismiss in response to the Amended Complaint, Plaintiffs' opposition thereto is due on June 7, 2022.

5.     The Defendants' Reply in Support of Motion to Dismiss, if any, is due June 17, 2022.

6.     The parties respectfully request that the Court approve the stipulated extensions of time in accordance with Fed. R. Civ. P. 6(b).

/s/ *Annika K. Martin*
**LIEFF CABRASER HEIMAN & BERNSTEIN, LLP**
Annika K. Martin (admitted pro hac vice)
Jessica A. Moldovan (admitted pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355-9500
Facsimile: (212) 355-9592

Mark Chalos (admitted pro hac vice)
222 2nd Ave, Suite 1640
Nashville, TN 37201
Phone: (615) 313-9000
Facsimile: (615) 313-9965

Kelly M. Dermody (admitted pro hac vice)
Phong-Chau Nguyen (admitted pro hac vice)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Facsimile: (415) 956-1008

**SAUDER SCHELKOPF LLC**
Joseph G. Sauder
Lori G. Kier

/s/ *Cameron M. Redfern*
**STRADLEY RONON STEVENS & YOUNG, LLP**
Joseph McHale, Esquire (ID #65706)
Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA  19355
T:  610.640.5800
F:  610.640.1965

Jeffrey A. Lutsky, Esquire (ID #36673)
Michael J. Wise, Esquire (ID # 322890)
Cameron M. Redfern, Esquire (ID #327574)
2005 Market Street, Suite 2600
Philadelphia, PA  19103
T:  215.564.8000
F:  251.564.8120

*Counsel for Defendants*

Joseph B. Kenney
1109 Lancaster Ave
Berwyn, PA 19312
Phone: (610) 200-0580
Facsimile: (610) 421-1326

**KAIRYS, RUDOVSKY, MESSING,
FEINBERG & LIN, LLP**
David Rudovsky
718 Arch Street
Philadelphia, PA 19106
Phone: (215) 925-4400

*Counsel for Plaintiffs and the Proposed
Class*

BY THE COURT:

  s/ANITA B. BRODY, J.
_____
Judge Anita B. Brody
U.S. District Court Judge
April 28, 2022