IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD ROE W.M., et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 21-2655 |
| | : | |
| THE DEVEREUX FOUNDATION (d/b/a DEVEREUX ADVANCED BEHAVIORAL HEALTH), et al., | : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 12th day of January, 2023, upon consideration of Defendants' Motion for Partial Dismissal of Plaintiffs' First Amended Complaint (ECF No. 50), it is **ORDERED** that the motion is **DENIED**.

                                                                  s/ANITA B. BRODY, J.
                                                                  ANITA B. BRODY, J.