# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD ROE W.M., et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 21-2655 |
| | : | |
| THE DEVEREUX FOUNDATION (d/b/a DEVEREUX ADVANCED BEHAVIORAL HEALTH), et al., | : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 9th day of February, 2023, it is **ORDERED** that Plaintiffs' Motion to Compel (ECF 61) is **GRANTED** to the extent that Devereux may not withhold records based on the Pennsylvania Child Protective Services Law or Mental Health Procedures Act.

                                                    s/ANITA B. BRODY, J.
                                                  ANITA B. BRODY, J.