IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD ROE, *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | No. 21-2655 |
| THE DEVEREUX FOUNDATION, *et al.*, | : | |
| Defendants. | : | |
| KATHERINE JINES, *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | No. 21-346 |
| THE DEVEREUX FOUNDATION, *et al.*, | : | |
| Defendants. | : | |
| RAEKWON THOMAS, *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | No. 22-2166 |
| THE DEVEREUX FOUNDATION, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 26th day of February, 2024, it is **ORDERED** that the Joint Motions to Extend Deadlines[1] are **GRANTED**. The pre-trial deadlines in these cases are reset as follows:

| Item | Deadline |
|---|---|
| Completion of fact discovery | October 30, 2024 |
| Plaintiffs' expert reports for *Roe W.M., et al. v. The Devereux Foundation, et al.* | November 29, 2024 |
| Defendants' expert reports for *Roe W.M., et al. v. The Devereux Foundation, et al.* | December 30, 2024 |
| Plaintiffs' expert reports for *Jines, et al. v. The Devereux Foundation, et al.* | December 30, 2024 |
| Defendants' expert reports for *Jines, et al. v. The Devereux Foundation, et al.* | January 31, 2025 |
| Plaintiffs' rebuttal expert reports for *Roe W.M., et al. v. The Devereux Foundation, et al.* (if any) | February 14, 2025 |

---

[1] *Roe* (21-2655), ECF No. 109; *Jines* (21-346), ECF No. 74; *Thomas* (22-2166), ECF No. 45.

| | |
|---|---|
| Plaintiffs' expert reports for *Thomas, et al. v. The Devereux Foundation, et al.* | January 31, 2025 |
| Plaintiffs' rebuttal expert reports for *Jines, et al. v. The Devereux Foundation, et. al.* (if any) | March 3, 2025 |
| Defendants' expert reports for *Thomas, et al. v. The Devereux Foundation, et al.* | March 3, 2025 |
| Plaintiffs' rebuttal expert reports for *Thomas, et al. v. The Devereux Foundation, et. al.* (if any) | March 31, 2025 |
| Expert depositions | May 30, 2025 |
| Class certification, *Daubert*, and dispositive motions for *Roe W.M., et al. v. The Devereux Foundation, et al.* | June 30, 2025 |
| *Daubert* and dispositive motions for *Jines, et al. v. The Devereux Foundation, et al.* | August 13, 2025 |
| *Daubert* and dispositive motions for *Thomas, et al. v. The Devereux Foundation, et al.* | September 17, 2025 |
| Parties' opposition brief(s) | 45 days after the filing of the initial motion(s) |
| Parties' reply brief(s), if any | 30 days after the filing of the opposition brief(s) |

    s/ANITA B. BRODY, J.
    ANITA B. BRODY, J.